IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FPL Food, LLC,

    Plaintiff,

v.                                        CV 115-173

ANCO-Eaglin, Inc.,

    Defendant.

# ORDER

Currently before the Court is Defendant's motion to remove counsel of record. (Doc. 16.) Defendant represents that William R. Terpening no longer represents Defendant. Susan P. McWilliams will continue to represent Defendant. Upon consideration, Defendant's motion is **GRANTED**. The Clerk is instructed to **TERMINATE** William R. Terpening as counsel of record.

**ORDER ENTERED** at Augusta, Georgia this 12th day of February, 2016.

                                            HONORABLE J. RANDAL HALL
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF GEORGIA