IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FPL Food, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 115-173 |
| ANCO-Eaglin, Inc., | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' joint motion to dismiss with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 40.) The parties also request that the Court retain jurisdiction over the enforcement of the parties' settlement agreement. The Court **GRANTS** this motion. This case is **DISMISSED WITH PREJUDICE**. And the Court will **RETAIN JURISDICTION** over the enforcement of the parties' settlement agreement. Accordingly, the Clerk is instructed to **ADMINISTRATIVELY CLOSE** this case. Once the parties' settlement agreement has been satisfied, the parties shall notify the Court.

**ORDER ENTERED** at Augusta, Georgia this 29th day of November, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA